01

02

03

04

05

06              UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF WASHINGTON
07                      AT SEATTLE

08 UNITED STATES OF AMERICA,          )    CASE NO.  CR99-592-MJP
                                      )
09        Plaintiff,                  )
                                      )
10        v.                          )    SUMMARY REPORT OF U.S.
                                      )    MAGISTRATE JUDGE AS TO
11 THONG MINH DUONG,                  )    ALLEGED VIOLATIONS
                                      )    OF SUPERVISED RELEASE
12        Defendant.                  )
   _____ )

13

14        An evidentiary hearing on supervised release revocation in this case was scheduled before

15 me on November 30, 2007.  The United States was represented by AUSA Carl Blackstone and

16 the defendant by Howard Phillips.  The proceedings were digitally recorded.

17        Defendant had been sentenced on or about March 27, 2000 by the Honorable Marsha J.

18 Pechman on a charge of Bank Fraud, and sentenced to 69 days imprisonment with credit for time

19 served, 5 years supervised release. (Dkt. 20.)

20        The conditions of supervised release included the standard conditions plus the requirements

21 that defendant be prohibited from possessing a firearm, submit to search, participate in a mental

22 health program, be prohibited from gambling or frequenting a gambling establishment, attend

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01  Gamblers Anonymous, pay restitution in the amount of $250,000, maintain a single checking

02  account for all financial transactions, disclose all assets and liabilities, obtain the approval of his

03  probation officer for all employment and provide regular pay stubs to probation officer, not work

04  for cash, not possess any identification documents in any but his true identity, provide financial

05  information to IRS to determine tax liability and pay outstanding tax liabilities, not reenter the

06  United States illegally, and contact his probation officer within 72 hours of reentry.

07       Defendant was found to have violated the conditions of supervised release on August 1,

08  2001 by failing to notify his probation officer of a change in residence, failing to submit a timely

09  written monthly report, and by gambling or frequenting a gambling establishment.  He was

10  sentenced to four months in custody, plus supervised release of four years and eight months.  He

11  was ordered to reside in a halfway house for three months with release privileges.  (Dkt. 31.)

12       On May 13, 2002, defendant admitted violating the conditions of supervised release by

13  failing to notify his probation officer of a change in residence, and leaving the judicial district

14  without permission. (Dkt. 37.) Defendant was sentenced to five months in custody, plus four years

15  and two months supervised release.  He was ordered to reside in a halfway house for four months.

16  (Dkt. 45.)

17       Defendant's probation officer reported on July 3, 2003 that defendant had failed to make

18  payments toward his restitution obligation.  The defendant agreed to bring current all his court

19  ordered financial obligations and was warned that future failure to pay would result in a

20  recommendation for further court action. (Dkt. 47.)

21       On March 24, 2004, defendant's conditions of supervision were modified to require

22  residence in a halfway house for up to 120 days. (Dkt. 48.)

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

01      On October 25, 2004, defendant's probation officer reported that defendant had been

02 arrested for theft of a candy bar from a Bartell drug store, and had failed to notify his probation

03 officer of the arrest. When interviewed by his probation officer, he admitted to further violating

04 his supervision by frequenting a gambling establishment.  He was reprimanded and advised that

05 further violations would result in court action.  (Dkt. 49.)

06      In an application dated October 27, 2005 (Dkt. 51), U.S. Probation Officer Michael J.

07 Larson alleged the following violations of the conditions of supervised release:

08      1.      Failing to submit a truthful and complete written report within the first five days

09 of the month for August 2005 and September 2005 in violation of standard condition number two.

10      2.      Failing to notify the probation officer at least ten days prior to any change in

11 residence, in violation of standard condition number six.

12      3.      Failing to notify the probation officer at least ten days prior to any change in

13 employment, in violation of standard condition number six.

14      4.      Failing to make restitution payments in monthly installments as directed by the

15 probation officer for August 2005, September 2005, and October 2005.

16      5.      Failing to follow the instructions of  the probation officer by failing to notify the

17 probation office that he was unable to make a restitution payment and/or that his ability to pay

18 had changed for the months of August 2005, September 2005, and October 2005, in violation of

19 standard condition number three.

20      Defendant was advised in full as to those charges and as to his constitutional rights.

21      Defendant admitted the alleged violations and waived any evidentiary hearing as to

22 whether they occurred. (Dkt. 56.)

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3

01          I therefore recommend the Court find defendant violated his supervised release as alleged,

02   and that the Court conduct a hearing limited to the issue of disposition.  The next hearing will be

03   set before Judge Pechman.

04          Pending a final determination by the Court, defendant has been detained.

05          DATED this 30th day of November, 2007.

06

07                                              Mary Alice Theiler
                                                United States Magistrate Judge
08

09

10   cc:      District Judge:          Honorable Marsha J. Pechman
              AUSA:                    Carl Blackstone
              Defendant's attorney:    Howard Phillips
11            Probation officer:       Michael J. Larson

12

13

14

15

16

17

18

19

20

21

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -4